1 BKP, Inc.; Ella Bliss Beauty Bar, L.L.C.; Ella Bliss Beauty Bar 2, L.L.C.; and Ella Bliss Beauty Bar 3, L.L.C., Plaintiffs-Appellants, v. Killmer, Lane & Newman, LLP; Mari Newman; and Towards Justice, Defendants-Appellees. No. 20CA1299
Court of Appeals of Colorado, Fifth Division
January 6, 2022
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 City
 and County of Denver District Court No. 19CV31940 Honorable
 Robert L. McGahey, Jr., Judge
 
 
 
 OPINION
 
 
 DUNN,
 JUDGE
 
 
 ORDER
 VACATED
 
 
 
 Welling and Yun, JJ., concur